FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 11 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | No. 13-17403 |
| Plaintiff - Appellee, | D.C. No. 4:11-cv-04577-CW Northern District of California, Oakland |
| v. | |
| JAMES DEVLIN CROMBIE, | ORDER |
| Defendant - Appellant. | |

Before: GOULD and MURGUIA, Circuit Judges.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Appellant's motion for appointment of counsel is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellee's supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the

SLL/MOATT

judgment or order appealed from, and any specific portions of the record cited in appellee's brief. *See* 9th Cir. R. 30-1.7.

The opening brief and excerpts of record are due July 28, 2014; the answering brief is due August 27, 2014; and the optional reply brief is due within 14 days after service of the answering brief.